**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JEFFREY JOEL JUDY,          )
an individual,              )
                           )
      Plaintiff,          )
                           )
vs.                   )  **CASE NO.: 2:24-cv-61-JES-NPM**
                           )
1003 DEL PRADO         )
ENTERPRISES LLC,       )
a Florida Limited Liability Company, )
                           )
      Defendant.       )
_____

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: March 13, 2024

Respectfully submitted,             Respectfully submitted,

*/s/Louis I. Mussman*               */s/ Robert E. Messick*    .
Louis I. Mussman, Esq.          Robert E. Messick, Esq.
louis@kumussman.com           rmessick@icardmerrill.com
Fla. Bar No. 597155             Fla. Bar No. 314773
KU & MUSSMAN P.A.          Icard, Merrill, Cullis, Timm,
18501 Pines Blvd.              Furen & Ginsburg, P.A.

Suite 209-A                                    2033 Main Street, Suite 600
Pembroke Pines, FL 33029                        Sarasota, FL 34237
Tel:  (305) 891-1322                            Tel: (941) 366-8100
Fax:  (954) 686-3976                            Fax: (941) 366-6384

*Attorneys for Plaintiff*                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Robert E. Messick, Esq.
Icard, Merrill, Cullis, Timm,
Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
rmessick@icardmerrill.com

By: /s/ Louis Mussman
      Louis I. Mussman, Esq.

2