UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOEL JUDY, an individual,

      Plaintiff,

v.                                    Case No:  2:24-cv-61-JES-NPM

1003 DEL PRADO ENTERPRISES LLC, a Florida Limited Liability Company,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #16) filed on March 13, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of March 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record